IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIM-MINN, INC., a Minnesota Corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>TIM HORTONS USA, INC. and RESTAURANT BRANDS INTERNATIONAL, LIMITED PARTNERSHIP<br><br>            Defendants. | Civil No.:0:19-cv-00409-JNE-ECW |

## AFFIDAVIT OF STEVEN T. KEPPLER

I, STEVEN T. KEPPLER, state and declare as follows:

    1.    I am attorney licensed to practice law in the State of New Jersey and am an associate at the law firm Marks & Klein, LLP, in New Jersey.

    2.    Marks & Klein, LLP, is national counsel for Plaintiff Tim-Minn., Inc. ("Tim-Minn").

    3.    I am one of the attorneys representing Tim-Minn in this litigation and have been admitted pro hac vice.

    4.    I submit this Affidavit in support of Tim-Minn's Motion to Stay and for Leave to Conduct Limited Jurisdictional Discovery.

    5.    In preparation of the Amended Complaint filed by Tim-Minn on March 11, 2019, I conducted an exhaustive search of publicly available information in an effort to

identify the individual members of Defendant Restaurant Brands International, Limited Partnership ("RBI").

6. Based on my search, I determined that RBI does not disclose the identity of all of its limited partners. I also found no information that identified any of RBI's limited partners as citizens of Minnesota. Based on that, Tim-Minn asserted in paragraph 25 of the Amended Complaint that, "[u]pon information and belief, RBI is a wholly-foreign entity with no known limited partners domiciled in the State of Minnesota."

7. Tim-Minn proposes serving RBI, Tim Hortons USA, Inc., and 3G Restaurant Brands Holdings LP with interrogatories, requests for production, and requests for admission limited to the following topics:

    a. The citizenship of 3G Restaurant Brands Holdings LP's partners; and

    b. The citizenship of the other limited partners of RBI.

8. The responses to Tim-Minn's discovery requests should provide sufficient evidence to establish whether this Court has subject matter jurisdiction.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Steven T. Keppler

SUBSCRIBED AND SWORN to before me this 23 day of April, 2019.

_____
Notary Public

KelliAnn Hoffman
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50036978
MY COMMISSION EXPIRES APRIL 21, 2021

2