**MARKS & KLEIN, LLP**

**STEVEN T. KEPPLER, ESQ.**
steven@marksklein.com
Admitted New Jersey

63 Riverside Avenue
Red Bank, NJ 07701
T: (732) 747-7100
F: (732) 219-0625

www.marksklein.com

New York Office:
55 Wall Street
New York, NY 10005

May 31, 2019

<u>*Via CM/ECF Only*</u>:
Hon. Joan N. Ericksen, U.S.D.J.
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

         RE:    <u>**Tim-Minn, Inc. v. Tim Hortons USA, LLC,** *et al.*</u>
                 **Case No.: 0:19-cv-0409 (JNE/ECW)**

Dear Judge Ericksen:

    As Your Honor Knows, the undersigned and law firm Marks & Klein, LLP represent the Plaintiff in the above-captioned action. Please find the following, dictated by my colleague, Gerald. A. Marks, with respect to his recent conversation with the Court regarding the hearing on Defendants' pending Motion to Dismiss [Docket Nos. 40-46]:

*Dear Judge Erickson:*

    *My wife was hospitalized for 4 days last week with chest pains. Although she has been released, she has subsequently seen our physician who advises that she loses oxygen when she exerts herself. I am requesting that, if she does not improve across tonight that I be permitted to argue the pending motion telephonically. I have obtained the consent of my adversary, Mr. Michael Joblove, to appear telephonically.*

    *If my wife does not have any further difficulties in the next 14+ hours, I intend to appear in person, but I am obviously making this request if she does not.*

                                           *Respectfully,*
                                           <u>/s/ *Gerald Marks*</u>

    On behalf of Mr. Marks and Plaintiff, we thank the Court for its consideration of this request.

                                           Respectfully submitted:
                                           <u>/s/ *Steven Keppler*</u>

cc:    All counsel of record *via ECF*