## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23481-KMW

TIM-MINN, INC., etc. et. al,
    Plaintiffs,

v.

TIM HORTONS USA, INC.,

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held via video conference June 3, 2021, and all of the parties or their representatives were present, and the matter was not settled.

        Respectfully Submitted,

        LICHTER LAW FIRM
        2999 NE 191st, Suite 330
        Aventura, FL 33180
        (305) 356-7555

        By: /s/ David Lichter, Esq.
            David H. Lichter, Esq.,
              *Mediator*

*Case No: 20-23481-KMW*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 3, 2021, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via Email*: awasch@waschraines.com

Adam G. Wasch, Esq.
Wasch Raines LLP
2500 N. Military Trail, Suite 100
Boca Raton, Florida 33431

*Via Email:* jerry@marksklein.com; steven@marksklein.com

Gerald A. Marks - *Pro Hac Vice*
Steven Keppler – *Pro Hac Vice*
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701

*Counsel for Plaintiffs*

*Via Email:* mjoblove@gjb-law.com; ngreene@gjb-law.com; jerenbaum@gjb-law.com

Michael D. Joblove, Esq.
Nina Greene, Esq.
Jessica Serell Erenbaum, Esq.
Genovese Joblove & Battista, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131

*Counsel for Defendant*

      /s/ David Lichter, Esq.
      David H. Lichter, Esq.
      Florida Bar No. 359122