UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-23481-WILLIAMS

TIM-MINN, INC., *et al.*,

    Plaintiffs,

vs.

TIM HORTONS USA INC.,

    Defendant.

_____/

# ORDER

**THIS MATTER** is before the Court on Judge Edwin G. Torres' Report and Recommendation (DE 102 ("Report")) on Defendant's Motion to Dismiss the Third Amended Complaint (DE 85). In the Report, Judge Torres recommended that the Motion be **GRANTED IN PART**. On August 16, 2021, Defendant filed objections to the Report. (DE 103 ("Objections")). Based upon an independent review of the Report, the Objections, and the record, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Torres' Report (DE 102) is **ADOPTED AND AFFIRMED.**

    2.    Defendant's Motion to Dismiss (DE 85) is **GRANTED IN PART**. Counts I, II, VII, VIII, IX, and X of the Third Amended Complaint (DE 81) are **DISMISSED WITHOUT PREJUDICE**.

    3.    By no later than **October 14, 2021**, Plaintiffs shall file one <u>final</u> amended complaint that solely amends the pleading defects identified in the Report with respect those counts. Plaintiffs may not add any additional parties or claims.

**DONE AND ORDERED** in chambers in Miami, Florida this <u>30th</u> day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE