IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23481-KMW/TORRES

TIM-MINN, INC.; et al.,

    Plaintiffs,

v.

TIM HORTONS USA INC.,

    Defendant.

_____/

**DEFENDANT TIM HORTONS USA INC.'S MOTION TO STRIKE PLAINTIFFS' COUNTERSTATEMENT OF MATERIAL FACT**

Defendant Tim Hortons USA Inc. ("THUSA"), by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 56.1(d), files this Motion to Strike Plaintiffs' Counterstatement of Material Fact and states:

1. On January 31, 2022, THUSA filed its Motion for Summary Judgment [DE 133] and its Statement of Material Facts ("THUSA's SMF"). ([DE 129])

2. On February 21, 2022, Plaintiffs filed their Response to THUSA's Statement of Material Facts and their Counterstatement of Material Fact ("Plaintiffs' Response"). (*See* [DE 136]).

3. Local Rule 56.1(a)(2) provides:

> An opponent's Statement of Material Facts shall clearly challenge any purportedly material fact asserted by the movant that the opponent contends is genuinely in dispute. An opponent's Statement of Material Facts also may thereafter assert additional material facts that the opponent contends serve to defeat the motion for summary judgment.

4. Pages 1-5 of Plaintiffs' Response contain Plaintiffs' 49 admissions and denials of the 49 factual allegations in THUSA's SMF. (*See* [DE 136] at p. 1-5).

5. Pages 6-20 of Plaintiffs' Response contain Plaintiffs' "additional facts" Nos. 50-158 in opposition to THUSA's summary judgment motion. (*See* [DE 136] at p. 6-20).[1]

6. L.R. 56.1(b)(2)(D) provides:

Any additional facts that an opponent contends are material to the motion for summary judgment shall be numbered and placed immediately after the opponent's response to the movant's Statement of Material Facts. The additional facts shall use separately numbered paragraphs beginning with the next number following the movant's last numbered paragraph. **The additional facts shall be separately titled as "Additional Facts" and may not exceed five (5) pages (beyond the ten (10)-page limit for the opponent's Statement of Material Facts.** (emphasis added)

7. Despite that the Local Rule only permits 5 pages of Additional Facts, Plaintiffs have asserted 15 pages of Additional Facts. (*See id.*; [DE 136] at page 6-20).

8. Local Rule 56.1(d) provides that:

If a party files and serves any Statement of Material Facts that does not comply with this rule, then the Court may strike the Statement, require immediate compliance, grant relief to any opposing party for any prejudice arising from a non-compliant statement or response, or enter other sanctions that the Court deems appropriate.

9. Because Plaintiffs' Additional Facts do not comply with L.R. 56.1, they should be stricken.

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Fla. L. R. 7.1(a)(3)(A), undersigned counsel certifies that counsel for THUSA made a good faith effort to resolve the issues raised in this motion with counsel for Plaintiffs, and that Plaintiffs' counsel opposes the relief requested in this motion.

---

[1] This section is titled "Plaintiffs' Counterstatement of Material Fact," instead of "Additional Facts" as required by L.R. 56.1(b)(2)(D).

CASE NO. 20-23481-KMW

**GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for Tim Hortons USA, Inc.*
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone: (305) 349-2300

**s./ Jessica Serell Erenbaum**

Michael D. Joblove, Florida Bar No.: 354147
mjoblove@gjb-law.com
Jessica Serell Erenbaum, Florida Bar No. 816000
jerenbaum@gjb-law.com

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

   s./ Jessica Serell Erenbaum
Attorney

3

## SERVICE LIST

*Tim-Minn, Inc. v. Tim Hortons USA, Inc.*
**CASE NO. 20-cv-23481-KMW**

Michael D. Joblove, Esq.
mjoblove@gjb-law.com
Nina Greene, Esq.
ngreene@gjb-law.com
Jessica Serell Erenbaum
jerenbaum@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310
*Attorneys for Defendant Tim Hortons USA, Inc.*


Gerald A. Marks - *Pro Hac Vice*
jerry@marksklein.com
Steven T. Keppler - *Pro Hac Vice*
steven@marksklein.com
MARKS & KLEIN, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone:     (732) 747-7100
Facsimile:     (732) 219-0625
*Attorneys for Plaintiff Tim-Minn, Inc.*
**SERVED VIA CM/ECF**


Adam G. Wasch, Esq.
awasch@waschraines.com
Natalie M. Restivo, Esq.
nrestivo@waschraines.com
WASCH RAINES, LLP
2500 North Military Trail, Suite 100
Boca Raton, FL 33431
Telephone:  (561) 693-3221
Facsimile: (561) 404-1104
*Attorneys for Plaintiffs*
**SERVED VIA CM/ECF**